## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland 20814, <br><br> and <br><br> COSTAR GROUP, INC., <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland 20814, <br><br>         Plaintiffs, <br><br> v. <br><br> ADS CONSTRUCTION, <br> 207-3 Estates Dr. <br> Bayside, NY 11360, <br><br> and <br><br> POLIMENI INTERNATIONAL LLC <br> 600 Old Country Rd., Suite 425 <br> Garden City, NY 11530 <br><br>         Defendants. | Civil Action No. 8:08-cv-02792-DKC |

## **DISCLOSURE OF CORPORATE INTEREST**

*Check all that apply:*

[   ]   I certify, as party/counsel in this case that

                                                  (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome of

this litigation as defined in Local Rule 103.3 (D. Md.)

[ X ] The following corporate affiliations exist with CoSTAR Group, Inc.:

    CoSTAR Realty Information Group, Inc. is a wholly-owned subsidiary of CoSTAR Group, Inc.

[ X ] The following corporations, unincorporated associations, partnerships or other business

entities which are not parties may have a financial interest in the outcome of this litigation:

U.S. District Court (6/13/2003) Disclosure of Corporate Interest

Dockets.Justia.com

Based on the most recent information available to CoSTAR Group, Inc., the following entities own 10% or more of CoSTAR Group Inc.'s stock: Morgan Stanley, FMR Corporation, and Janus Capital Management LLC.

Dated: October 21, 2008                              Respectfully submitted,


                                                     _____/s/_____
                                                     Shari Ross Lahlou, Bar. No. 16570
                                                     William J. Sauers, Bar No. 17355
                                                     Crowell & Moring LLP
                                                     1001 Pennsylvania Avenue, N.W.
                                                     Washington, D.C. 20004
                                                     Telephone: (202) 624-2500
                                                     Facsimile: (202) 628-5116
                                                     Email: slahlou@crowell.com
                                                            wsauers@crowell.com


                                                     *Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*