AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc. and
CoStar Group, Inc.,

V.

ADS Construction and Polimeni
International LLC

**SUMMONS IN A CIVIL CASE**

CASE DKC-08-2792

TO: (Name and address of Defendant)
Polimeni International LLC
600 Old Country Rd., Suite 425
Garden City, NY 11530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou, Bar No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

OCT 2 2 2008
DATE

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc. and
CoStar Group, Inc.,

V.

ADS Construction and Polimeni
International LLC

**SUMMONS IN A CIVIL CASE**

CASE DKC-08-2792.

TO: (Name and address of Defendant)

ADS Construction
207-03 Estates Dr.
Bayside, NY 11360

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou, Bar No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

**OCT 2 2 2008**

DATE