CoStar Realty Information, Inc. et al v. ADS Construction et al                                                              Doc.

AO 121 (6/90)

TO:

Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION OR APPEAL
REGARDING A COPYRIGHT

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been fi on the following copyright(s):

| X ACTION ☐ APPEAL | COURT NAME AND LOCATION United States District Court for the District of Maryland |
|---|---|
| DOCKET NO. DKC-08-2792 | DATE FILED 10/21/08 | |

| PLAINTIFF CoStar Realty Information, Inc., et al. | DEFENDANT ADS Construction, et al. |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 SEE Attachment | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgm together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK Felicia C. Cannon | (BY) DEPUTY CLERK Renee Kelly | DATE 10/22/08 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyright

Dockets.Justia.com