AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc. and
CoStar Group, Inc.,

**SUMMONS IN A CIVIL CASE**

V.

ADS Construction and Polimeni
International LLC

CASE DKC-08-2792

TO: (Name and address of Defendant)

ADS Construction
207-03 Estates Dr.
Bayside, NY 11360

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou, Bar No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

OCT 22 2008
DATE

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Costar Realty Information, Inc., et al. | )<br>)<br>) |
| Plaintiff(s) | )<br>) Case No.: DKC-08-2792<br>) |
| v. | ) |
| ADS Construction, et al. | )<br>)<br>) |
| Defendant(s) | ) |

## AFFIDAVIT OF SERVICE

I, Vincent A. Piazza, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Complaint and Civil Cover Sheet

SERVE TO: ADS Construction c/o Steven E. Tiller, Esquire
SERVICE ADDRESS: Seven Saint Paul Street, Baltimore, Maryland 21202-1636

DATE SERVED: November 21, 2008   TIME SERVED: 1:20 PM

PERSON SERVED: Steven E. Tiller, Esquire, authorized to accept.

Described herein:
Gender: Male   Race/Skin: White   Hair: Grey   Age: 45   Height: 5'10"   Weight: 180

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

11/24/08
Executed on:

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-011414                                    Client Reference: N/A