AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc. and
CoStar Group, Inc.,

V.

ADS Construction and Polimeni
International LLC

**SUMMONS IN A CIVIL CASE**

CASE DKC-08-2792

TO: (Name and address of Defendant)
Polimeni International LLC
600 Old Country Rd., Suite 425
Garden City, NY 11530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shari Ross Lahlou, Bar No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

OCT 2 2 2008
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
------------------------------------------------------------X
COSTAR REALTY INFORMATION, INC.
and COSTAR GROUP, INC.,                          CASE NO. DKC-08-2792
     Plaintiff(s),

-against-

ADS CONSTRUCTION and POLIMENI
INTERNATIONAL LLC,                               **AFFIDAVIT OF SERVICE**
     Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK )
      s.s :
COUNTY OF NEW YORK )

  ANDREW HAYLES, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

  That on the 29th day of October, 2008, at approximately 2:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT and CIVIL COVER SHEET** upon Polimeni International LLC at 600 Old Country Road, Suite 425, Garden City, New York by personally delivering and leaving the same with Maria Orlandi, Receptionist, who is authorized by appointment to accept service.

  Maria Orlandi is a white female, approximately 35-40 years of age, is approximately 5 feet and 4 inches tall, weighs approximately 120 pounds, with medium length brown/black hair and brown eyes.

Sworn to before me this
31st day of October, 2008

            ANDREW HAYLES #870418

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009