# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC., <br>     Plaintiffs, <br><br> vs. <br><br> ADS CONSTRUCTION and POLIMENI INTERNATIONAL, LLC <br><br>     Defendants. | Case No. 8:08-cv-2792-DKC |

## AGREED MOTION FOR PROTECTIVE ORDER

To facilitate discovery in this matter, the parties have agreed to entry of the attached Protective Order, and respectfully request the Court to enter same.

Dated: March 10, 2009

Respectfully submitted,

s/William J. Sauers.
Shari Ross Lahlou (Bar No. 16570)
William J. Sauers (Bar No. 17355)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
slahlou@crowell.com
wsauers@crowell.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on March 10, 2009:

Steven Edward Tiller
Whiteford Taylor and Preston LLP
Seven St. Paul Street, Ste. 1500
Baltimore, MD 21202
Telephone: (410) 347-8700
Facsimile: (410) 223-4325
Email: stiller@wtplaw.com

*Counsel for Defendants ADS Construction, Inc. and Polimeni International, LLC*

s/William J. Sauers.
William J. Sauers (Bar No. 17355)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc..*