# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC., <br>     Plaintiffs, <br><br> vs. <br><br> ADS CONSTRUCTION and POLIMENI INTERNATIONAL, LLC <br><br>     Defendants. | Case No. 8:08-cv-2792-DKC |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIM

Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc., do not oppose Defendants' Motion for Leave to File Counterclaim [D.E. 9].

Dated:  March 16, 2009                     Respectfully submitted,

                                                              s/William J. Sauers.
                                                              Shari Ross Lahlou (Bar No. 16570)
                                                              William J. Sauers (Bar No. 17355)
                                                              Crowell & Moring LLP
                                                              1001 Pennsylvania Ave.
                                                              Washington, DC  20004
                                                             Telephone:  (202) 624-2500
                                                             Facsimile:  (202) 628-8844
                                                             slahlou@crowell.com
                                                            wsauers@crowell.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on March 16, 2009:

Steven Edward Tiller
Whiteford Taylor and Preston LLP
Seven St. Paul Street, Ste. 1500
Baltimore, MD 21202
Telephone: (410) 347-8700
Facsimile: (410) 223-4325
Email: stiller@wtplaw.com

*Counsel for Defendants ADS Construction, Inc. and Polimeni International, LLC*

s/William J. Sauers.
William J. Sauers (Bar No. 17355)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc..*