UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC., Plaintiffs, vs. ADS CONSTRUCTION and POLIMENI INTERNATIONAL, LLC Defendants. | Case No. 8:08-cv-2792-DKC |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. (collectively, "CoStar") and Defendants ADS Construction ("ADS") and Polimeni International, LLC ("Polimeni") move this Court for a sixty-day extension of all of the remaining deadlines contained in the Scheduling Order entered in this case [D.E. 8].

An extension of these deadlines is warranted in order to facilitate discovery and the resolution of this case on the merits. To date the parties have served written discovery requests, discovery responses, and documents. Supplemental document production remains ongoing. However, while the parties have already served about six deposition notices and subpoenas, no depositions have yet taken place. Counsel for the parties have consulted regarding dates for depositions, and have determined that various dates in May will likely work with the schedules of the witnesses and counsel. The parties may notice additional depositions as well. In order to leave adequate time for preparation of dispositive pre-trial motions once depositions have concluded, counsel for

the parties consulted and agreed that a sixty-day extension is appropriate. If this motion is granted, the new schedule will be as follows:

|  | Old Deadline | New Deadline |
|---|---|---|
| Discovery deadline: submission of status report | April 27, 2009 | June 26, 2009 |
| Requests for admission | May 4, 2009 | July 3, 2009 |
| Dispositive pretrial motions deadline | May 26, 2009 | July 27, 2009 |

For the foregoing reasons, the parties respectfully request that the remaining deadlines in this case be extended by sixty days.

Dated: April 20, 2009

Respectfully submitted,

_____
*Attorneys for CoStar Group, Inc and CoStar Realty Information, Inc.:*

Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 624-2500
Fax: (202) 628-5116

_____
*Attorneys for ADS Construction and Polimeni International, LLC:*

Steven E. Tiller, Esq.
Erin O. Millar, Esq.
Whitford Taylor and Preston LLP
7 St. Paul St.
Baltimore, MD 21202-1636
Tel.: (410) 347.9425
Fax: (410) 223-4325

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on April 20, 2009:

Steven Edward Tiller
Erin O. Millar
Whiteford Taylor and Preston LLP
Seven St. Paul Street, Ste. 1500
Baltimore, MD 21202
Telephone: (410) 347-8700
Facsimile: (410) 223-4325
Email: stiller@wtplaw.com

*Counsel for Defendants ADS Construction, Inc. and Polimeni International, LLC*

William J. Sauers (Bar No. 17355)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc..*