IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., and   *
CoStar Group, Inc.
     vs.                  *        Case No.   8:08-cv-2792-DKC
ADS Construction and Polimeni
International LLC                 *
                             *******

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for:

I certify that I am admitted to practice in this court.

| June 1, 2009 | *signature* |
|---|---|
| *Date* | *Signature of Counsel* |
| | Sanya Sarich Kerksiek    17636 |
| | *Print Name*    *Bar Number* |
| | Crowell & Moring LLP |
| | *Firm Name* |
| | 1001 Pennsylvania Ave. NW |
| | *Address* |
| | Washington, DC, 20004 |
| | *City/State/Zip* |
| | (202) 624-2500  [Direct: (202) 624-2862] |
| | *Phone No.* |
| | (202) 628-5116 |
| | *Fax No.* |
| | skerksiek@crowell.com |
| | *Email Address* |

U.S. District Court (6/14/2005) Entry of Appearance

## CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on June 1, 2009:

Steven Edward Tiller
Whiteford Taylor and Preston LLP
Seven St. Paul Street, Ste. 1500
Baltimore, MD 21202
Telephone: (410) 347-8700
Facsimile: (410) 223-4325
Email: stiller@wtplaw.com

*Counsel for Defendants ADS Construction, Inc. and Polimeni International, LLC*

        /s/
Sanya Sarich Kerksiek, Bar No. 17636
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*