# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

|  |  |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC., <br>     Plaintiffs, <br><br> vs. <br><br> ADS CONSTRUCTION and POLIMENI INTERNATIONAL, LLC <br><br>     Defendants. | Case No. 8:08-cv-2792-DKC |

## STIPULATION OF DISMISSAL

Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. (collectively, "CoStar") and defendants ADS Construction and Polimeni International, LLC, hereby stipulate that this action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 30, 2009                                  Respectfully submitted,

__/s/_____                  _____/s/_____
Shari Ross Lahlou (Bar No. 16570)                 Steven Edward Tiller
William J. Sauers (Bar No. 17355)                  (*signed by William J. Sauers with*
Sanya Sarich Kerksiek (Bar No. 17636)            *permission of Steven Edward Tiller*)
Crowell & Moring LLP                                    Whiteford Taylor and Preston LLP
1001 Pennsylvania Ave.                                 Seven St. Paul Street, Ste. 1500
Washington, DC  20004                                Baltimore, MD 21202
Telephone:  (202) 624-2500                          Telephone: (410) 347-8700
Facsimile:  (202) 628-8844                            Facsimile: (410) 223-4325
slahlou@crowell.com                                    Email: stiller@wtplaw.com
wsauers@crowell.com
skerksiek@crowell.com                                *Counsel for Defendants ADS*
                                                                  *Construction, Inc. and Polimeni*
*Counsel for plaintiffs CoStar Realty*              *International, LLC*
*Information, Inc., and CoStar Group, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing to be sent to the following on June 30, 2009:

Steven Edward Tiller
Whiteford Taylor and Preston LLP
Seven St. Paul Street, Ste. 1500
Baltimore, MD 21202
Telephone: (410) 347-8700
Facsimile: (410) 223-4325
Email: stiller@wtplaw.com

*Counsel for Defendants ADS Construction, Inc. and Polimeni International, LLC*

s/William J. Sauers.
William J. Sauers (Bar No. 17355)
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-8844
wsauers@crowell.com

*Counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc..*